# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16CR0322-JLS |
| Plaintiff, | |
| vs. | ORDER AND JUDGMENT DISMISSING INFORMATION |
| ABRAHAM ARREDONDO, | |
| Defendant. | |

Upon the unopposed motion of the United States, and good cause appearing,

IT IS ORDERED that the United States' uncontested motion is granted and the Information in the above-captioned matter is dismissed without prejudice.

SO ORDERED.

Dated:  March 15, 2016

Hon. Janis L. Sammartino
United States District Judge

1